UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| MARECELLUS ADAMS #425582 | CIVIL ACTION NO. 18-cv-634 SEC P |
| VERSUS | JUDGE FOOTE |
| DARREL VANNOY | MAGISTRATE JUDGE HORNSBY |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

It is ordered that Petitioner's petition for writ of habeas corpus is denied. It is further recommended that Petitioner's Motion to Amend and Supplement Petition (Doc. 26) is denied.

Rule 11 of the Rules Governing Section 2254 Proceedings for the U.S. District Courts requires the district court to issue or deny a certificate of appealability when it enters a final order adverse to the applicant. The court, after considering the record in this case and the standard set forth in 28 U.S.C. Section 2253, denies a certificate of appealability because the applicant has not made a substantial showing of the denial of a constitutional right.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the ____6th____ day of August _____, 2021.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE